UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

PETER ALBRECHT

CRIMINAL NO. 3:20 CR 206 (SRU)

VIOLATION:
33 U.S.C. §§ 409 and 411
(Obstruction of Navigable Waters by Sinking a Vessel)

NOV 6 2020 PM 3:43
FILED - USDC - BPT - C

INFORMATION

The United States Attorney charges:

COUNT ONE
(Obstruction of Navigable Waters by Sinking a Vessel)

1.  Between in or about March 2019 and April 2019, in the District of Connecticut, the defendant PETER ALBRECHT, did permit and cause to be sunk, a vessel, namely, a sailing vessel identifiable with New York registration NY 7517 GN named "Harmony" into the Long Island Sound, a navigable water of the United States. In violation of Title 33, United States Code, Sections 409 and 411.

UNITED STATES OF AMERICA

*[signature]*
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

*[signature]*
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY