Local AO 246B  (Rev. 11/19/09) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:20cr206(SRU) |
| Peter Albrecht | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a  *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED**  that:

☐ At least 35 days before sentencing or ☒ by _____Dec 21, 2020_____ , the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by _____Jan 4, 2021_____, the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 14 days after the deadline for counsel's objections or ☒ _____Jan 14, 2021_____ , the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date:  _____7 days before sentencing_____

Response to Sentencing Memorandum Date:  _____4 days before sentencing_____

The sentencing date  *(check one)* ☒ is set for _____2/1/21 @ 1p.m._____ .
☐ will be set at a later date.

Within 3 days, the probation officer and defense counsel will arrange for a mutually convenient date, time, and place for the presentence interview.

Date:  _____Nov 9, 2020_____                           _____/s/Stefan R. Underhill_____
                                                                                                *Judge's signature*

                                                                               STEFAN R. UNDERHILL, UNITED STATES DISTRICT JUDGE
                                                                                                *Printed name and title*